54 F.3d 767
 Gerald De Simone, t/a De Simone Enterprises, Inc., John A.
Gamby, John R. Gamby, Ralph Fiorio, Brian Fiorio,
d/b/a County Testing, Paul Melnicoff,
Melanie Melnicoff, d/b/a
Champion Contracting Company
v.
Home Testing Labs, Inc., Dennis Parisi, Frank Mittiga,
Thomas Parisi, John Does I-X, Jane Does I-X,
Ehrenkrantz & Company, Deleon, Ennis &
Cavuoto, Kenneth Weber,
Coopers and Lybrand
 NO. 94-5538
 United States Court of Appeals,
Third Circuit.
 Apr 10, 1995
 
 Appeal From: D.N.J., No. 90-01283,
 Sarokin, J.
 
 
 1
 AFFIRMED.